AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
02/03/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
02/03/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____M.B.____ DEPUTY

United States of America

v.

ROBERT VO,

Defendant

Case No. 8:22-mj-00111-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 6, 2021, in the county of Orange County in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Robert Velasco*
Complainant's signature

Robert Velasco, Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 3, 2022

*[signature]*
Judge's signature

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
Printed name and title

AUSA: Benjamin R. Barron (714 338 3536)

# **A F F I D A V I T**

I, Robert Velasco, being duly sworn, hereby declare and state as follows:

## I. INTRODUCTION

1. I am a Detective with the Santa Ana Police Department ("SAPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI"). As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am assigned to the Orange County Asian Organized Crime Task Force ("OCAOCTF"). The OCAOCTF is composed of federal, state, and local law enforcement agencies, including, but not limited to, the FBI, the California Department of Justice, and the SAPD. The OCAOCTF is responsible for, among other things, investigating violations of federal law committed by Asian criminal enterprises in Orange County. Prior to this assignment with the FBI, I was a SAPD Police Officer and have been so employed for approximately eight years.

3. I have specialized training and experience in investigations of narcotics trafficking, illegal gambling, and criminal street gangs. During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous investigations of criminal activity, specifically including narcotics trafficking, racketeering, illegal gambling,

firearms violations, extortion, and violent offenses committed by street gangs. Since joining the OCAOCTF in 2019, I have specialized in investigations of Asian criminal enterprises and their subordinate gangs in Orange County and Los Angeles County. As part of these investigations, I have also learned about the drug-trafficking organizations that supply street gangs with illegal narcotics.

## II. PURPOSE OF AFFIDAVIT

4.  This affidavit is made in support of a criminal complaint and arrest warrant against ROBERT ANTHONY VO ("VO") for a violation of Title 18, United States Code, Section 922(g) (felon in possession of ammunition).

5.  The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, reports and database queries, my personal knowledge, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

6.  On or about August 6, 2021, the Garden Grove Police Department's ("GGPD") Gang Suppression Unit were patrolling the area of Orange Avenue and South Fann Street in the City of Anaheim, California. They observed VO's vehicle parked in the

parking lot of Chaparral Park, located at 1770 West Broadway in the City of Anaheim, California.

7. Officers observed VO with three other subjects loitering in the southwest area of the park with an open bottle of Jack Daniels whiskey on the ground near them. VO was placed under arrest for having alcohol in a park, a City of Anaheim Municipal Code.

8. Officers knew that VO was on active post release community supervision ("PRCS") probation for being a felon in possession of a firearm and ammunition and that he was subject to search and seizure terms. VO's probation officer confirmed for officers that VO's residential address was 4702 East McKinnon Drive #D in the City of Anaheim, California.

9. Officers conducted a probation check at the residence. They used VO's house key to enter the house; the key was on a key chain found on VO's person at the time of his arrest.

10. Officers searched Bedroom #1 and located one clear bag that contained thirty-two 9mm rounds, one WRB 9mm 50-round magazine drum loaded with forty-five 9mm rounds, one high capacity Glock brand pistol magazine with ten 9mm rounds, one clear AAA bag with eight 9mm rounds, and one military grade hand grenade.

11. Officers searched the laundry room and located one 9mm black/grey Polymer80 handgun loaded with a high capacity pistol magazine with sixteen 9mm rounds.

12. Officers searched the dining room and located one clear plastic ammunition box containing approximately five

3

hundred .45 caliber rounds (various stamping on the rounds) and a box of fifty Blazer 9mm rounds.

13. VO is a convicted felon.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Offense Conduct

14. I have reviewed an August 6, 2021 police report prepared by GGPD Officer Lowen and an August 7, 2021 police report prepared by Orange County Sheriff's Department Investigator Carlson regarding the arrest of VO. Based on my review of these reports and my conversation with Officer Lowen, I have learned the following facts:

    a. On or about August 6, 2021, Officer Lowen was working a two-man gang suppression unit with Officer Almeida, driving an all-black Ford Explorer police vehicle. At approximately 8:32 p.m., they were patrolling the area of Orange Avenue and South Fann Street in the City of Anaheim, California. Officer Lowen observed a vehicle that he knew was associated with VO backed into a parking spot in the south parking lot of Chaparral Park, located at 1770 West Broadway in the City of Anaheim, California. The vehicle was a white Nissan Altima with California License Plate #7DQL430.

    b. Officer Lowen knew that VO was on active PRCS probation for being a felon in possession of a firearm and ammunition (Orange County court case #20NF2270 and #PCS20NF2270). Additionally, Officer Lowen also knew VO was an active Asian Boyz criminal street gang member and had the moniker "Rocco."

4

c. VO's vehicle was unoccupied, so Officer Lowen and Officer Almeida drove into the park. Once they drove into the park, Officer Lowen immediately observed VO, his girlfriend Alyssa Ruiz, George Nguyen ("NGUYEN"), and Edgar Rodriguez ("RODRIGUEZ"). Officer Lowen knew NGUYEN was also from the Asian Boyz criminal street gang from previous contacts and arrests and that he was on informal probation for evading. Officer Lowen knew RODRIGUEZ was from the Four Corner Hustles criminal street gang from previous contacts and arrests.

d. All four subjects were loitering in the southwest area of the park with an open bottle of Jack Daniels whiskey on the ground near them. Additionally, all four subjects had a strong odor of an alcoholic beverage coming from their breaths and person and were detained for having alcohol in a park, a violation of Anaheim Municipal Code 13.08.020.800. Officer Lowen formed the opinion they were all in possession of the open container of alcohol and were drinking in the park. All four subjects were arrested for the Anaheim Municipal Code violation.

e. Members of the GGPD gang suppression unit and Officer Lowen conducted a probation check of VO's residence. VO's probation address was listed as 4702 East McKinnon Drive #D in the City of Anaheim, California. This was confirmed to be the VO's residential address by his probation officer, Deputy Probation Officer Fox. Upon their arrival, announcements were made at the front door, but no one responded. Officer Lowen used VO's house key that he had on his car key chain found on VO's person during his arrest, and opened the front door. VO's

5

keys were initially found on his person during a search of his person at the park. No persons were located inside of the residence.

  f. The residence was a two-story two-bedroom two-bathroom apartment. Officer Lowen did not observe any female clothing in either bedrooms. One of the bedroom ("Bedroom #1") appeared to be a spare bedroom that was being used as storage. The other bedroom ("Bedroom #2") appeared to be VO's primary bedroom based on clothing that appeared to be his found inside the room and mail belonging to VO being found on a dresser in the room. Officer Lowen believed that VO was the only one occupying this apartment based on his observations.

  g. A search of the residence was conducted per VO's probation terms. Officer Lowen started his search in Bedroom #1. There was a locked gun safe attached to the inner wall of the closet. Officer Lowen used a barrel key that was on VO's key chain to unlock the safe. Officer Lowen found the following items inside:

   i. One clear bag that contained thirty-two rounds of 9mm caliber ammunition;

   ii. One RWB 9mm 50 round magazine drum loaded with forty-five rounds of 9mm caliber ammunition;

   iii. One high capacity Glock brand pistol magazine with ten rounds of 9mm caliber ammunition;

   iv. One clear AAA bag with eight rounds of 9mm caliber ammunition; and

   v. One military grade hand grenade.

   h. Once Officer Lowen found the hand grenade, all law enforcement personnel evacuated the apartment.  The Orange County Sheriff's Bomb Squad arrived and rendered the hand grenade safe.  Orange County Sheriff's Department Investigator Carlson advised Officer Lowen that the hand grenade was inspected and consistent with an Mk2 US military hand grenade.  Investigator Carlson advised the grenade had been modified with a bolt inserted into the bottom of the grenade.  Using remote procedures, Investigator Carlson determined the grenade was safe of explosive hazards and consisted of military practice grenade body, and an expended practice fuse.  Investigator Carlson advised that the addition of the bolt inserted into the bottom of the grenade would allow for the containment of explosive filler, and to appear as a live, hand grenade.  The hand grenade was taken as evidence by the Orange County Sheriff's Bomb Squad.

   i. The search of the residence then resumed. Officer Lowen found a 9mm black/grey Polymer80 PF94OC pistol with threaded barrel in the laundry room.  The handgun was a polymer80-style firearm, which is similar in size to a Glock model 19 firearm.  It did not have a serial number.  Officer Lowen rendered the handgun safe.  At the time it was seized, the firearm contained seventeen rounds of 9mm caliber ammunition.  One round was in the chamber, and sixteen rounds were in the 17-round capacity 9mm-extended magazine.

   j. GGPD Sergeant Loffler found one clear plastic ammunition box in the dining room.  The ammunition box contained approximately 500 rounds of .45 caliber ammunition (various

stamping on the bullets), one empty high capacity (15 rounds) pistol magazine, and a box of fifty Blazer rounds of 9mm caliber ammunition.

    k.   Officer Almeida found a black replica Glock 17 pistol inside of the garage.

    15.  Officer Lowen read VO his Miranda rights. VO said he understood his Miranda Rights. VO told Officer Lowen he was hanging out at the park with Ruiz, NGUYEN, and RODRIGUEZ, with the bottle of Jack Daniels. VO said he met with RODRIGUEZ and NGUYEN in Anaheim while he was attending school. VO claimed his mom lived at the apartment with him, but she goes back and forth from Las Vegas, Nevada. VO said his DNA would be on the pistol and pistol magazines, and they belong to him. Officer Lowen asked VO about the rounds of ammunition and VO said that he would not let anyone else go down for the items found inside of the apartment.

    16.  Officer Lowen conducted further investigation and conducted a search of VO's cell phone based on his probation term #33, which authorizes the search and seizure of his cell phone and social media accounts. During the search, Officer Lowen found a picture of VO taken on August 6, 2021, showing him holding the same pistol that was located inside of his residence. Officer Lowen also located a photo that was taken on July 27, 2021, with VO holding what appeared to be a rifle that had the RWB 9mm 50 round magazine drum inserted that was also located inside of his residence. He observed that both pictures appeared to have been taken at VO's residence.

      a.   All the evidence was booked into the Property & Evidence Room at the GGPD.

**B.   The Ammunition**

17.  On or about December 1, 2021, I inspected the ammunition that was seized from VO's residence.  There were over 500 total rounds of ammunition consisting of .40 caliber ammunition, 9mm caliber ammunition, and .45 caliber ammunition.

18.  On or about December 1, 2021, I contacted FBI Special Agent ("SA") and Certified Firearms Specialist Trevor Twitchell ("TWITCHELL") regarding the ammunition recovered in this case.  I have reviewed a report prepared by FBI SA Twitchell regarding the ammunition.  Based on my review of this report and my conversation with FBI SA Twitchell, I have learned the following facts:  SA Twitchell examined the ammunition seized as evidence by GGPD on August 6, 2021, and determined that they were not manufactured in the State of California, and therefore must have been shipped or transported in interstate or foreign commerce if it was received or possess in the State of California.

**C.   Defendant's Prior Felony Convictions**

19.  I have reviewed a copy of VO's criminal history summary and noted that VO has multiple misdemeanor and felony convictions.  I have also obtained and reviewed certified court records from the Orange County Superior Court for certain felony convictions sustained by VO prior to August 6, 2021.  Based on my review of those records, I have learned that VO was convicted of the following felonies on or about the dates specified below:

a.  On October 29, 2019, felony convictions for (1) carrying a loaded firearm in public, in violation of California Penal Code § 25850(a)-(c)(2), in the Orange County Superior Court, Case No. 19NF2795, for which he was sentenced to 3 years of probation and 26 days in the county jail; and

b.  On April 15, 2021, felony convictions for (1) possession of a firearm by a prohibited person, in violation of California Penal Code § 29800(a)(1) and (2) possession of ammunition by a prohibited person, in violation of California Penal Code § 30305(a)(1), in the Orange County Superior Court, Case No. 20NF2270, for which he was sentenced to 16 months in state prison.

///

## CONCLUSION

20. For all the reasons described above, there is probable cause to believe that VO has committed a violation of Title 18, United States Code, Section 922(g) (felon in possession of ammunition).

/s/ *Robert Velasco*
ROBERT VELASCO
Task Force Officer, FBI

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
 3rd  day of February, 2022.

JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE